IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GILBERTO JUAREZ,

    Plaintiff,

v.

PRISONS; 25 OFFICERS OF THE COURT;

    Defendants.

No. C 11-4631 WHA (PR)

**ORDER DENYING MOTION FOR RECONSIDERATION**

(Docket No. 12)

    Plaintiff, a California prisoner proceeding pro se, has filed a civil rights complaint under 42 U.S.C. 1983 seeking to have his conviction vacated. The case was dismissed without prejudice to filing a petition for a writ of habeas corpus under 28 U.S.C. 2254. Plaintiff has filed a notice of appeal, attached to which is a motion for rehearing. The motion reiterates claims that his constitutional rights were violated in the course of his criminal prosecution. Such claims are properly brought in habeas, not in a civil rights complaint under 42 U.S.C. 1983. *See Skinner v. Switzer*, 131 S. Ct. 1289, 1293 (2011). Consequently, the motion for rehearing is Denied.

    **IT IS SO ORDERED.**

Dated: November  12 , 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.11\JUAREZ4631.REC.wpd