IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO JUAREZ, | No. C 11-4631 WHA (PR) |
| Plaintiff, | **ORDER DENYING MOTION FOR RECONSIDERATION** |
| v. | |
| PRISONS; 25 OFFICERS OF THE COURT; | (Docket No. 12) |
| Defendants. | |

Plaintiff, a California prisoner proceeding pro se, has filed a civil rights complaint under 42 U.S.C. 1983 seeking to have his conviction vacated. The case was dismissed without prejudice to filing a petition for a writ of habeas corpus under 28 U.S.C. 2254. Plaintiff has filed a notice of appeal, attached to which is a motion for rehearing. The motion reiterates claims that his constitutional rights were violated in the course of his criminal prosecution. Such claims are properly brought in habeas, not in a civil rights complaint under 42 U.S.C. 1983. *See Skinner v. Switzer*, 131 S. Ct. 1289, 1293 (2011). Consequently, the motion for rehearing is Denied.

**IT IS SO ORDERED.**

Dated: November   12   , 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.11\JUAREZ4631.REC.wpd